# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

GENE KAAZ,

        Petitioner,    :    Case No. 1:18-cv-865

  - vs -                              District Judge Douglas R. Cole
                                      Magistrate Judge Michael R. Merz

CHAE HARRIS, Warden,
  Lebanon Correctional Institution,

                                  :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is transferred from Magistrate Judge Litkovitz to Magistrate Judge Merz. The case remains assigned to District Judge Cole for final decision.

March 12, 2020.

                                                              s/ *Michael R. Merz*
                                                         United States Magistrate Judge